

**FILED**
at Santa Fe, NM

AUG - 1 2006

MATTHEW J. DYKMAN
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

IN RE: SUBPOENAS *DUCES TECUM*
ISSUED BY THE U.S. DISTRICT
COURT FOR THE DISTRICT OF
NEW MEXICO IN:

Case No. MC - 06 - ___   MV

JOANNE SIEGEL and LAURA
SIEGEL LARSON,

    Plaintiffs,

v.

WARNER BROS., et al.,

    Defendants.

Nos. CV 04-8400; 04-8776
(Consolidated for Discovery Purposes)

Action Pending in the U.S. District
Court for the Central District of
California

### MOTION TO COMPEL PRODUCTION OF DOCUMENTS PURSUANT TO SUBPOENA *DUCES TECUM*, FOR CONTEMPT, AND FOR ATTORNEYS' FEES

Movants Warner Bros. Entertainment Inc., Time Warner Inc., Warner Communications Inc., Warner Bros. Television Production, Inc., and DC Comics, (collectively "Movants"), hereby move the Court pursuant to Fed. R. Civ. P. 45: (1) for an order compelling Santa Fe, New Mexico residents, Jean Shuster Peavy and Mark Peary (collectively the "Shuster Heirs"), to produce, without objection, documents responsive to subpoenas *duces tecum* (the "Subpoenas") issued by the U.S. District Court for the District of New Mexico in the above-referenced actions; (2) to find the Shuster Heirs in contempt of this Court under Fed. R. Civ. P. 45(e) for failure without adequate

839743

excuse to obey the Subpoenas issued from this Court; and (3) to award the Movants their costs and attorneys' fees incurred in making the instant motion.

In support of this motion, Movants submit the attached Memorandum of Law in Support of Motion to Compel Production of Documents Pursuant to Subpoena *Duces Tecum*, For Contempt, and For Attorneys' Fees, and the exhibits thereto.

Respectfully submitted,

SUTIN THAYER & BROWNE
A Professional Corporation

By _____
Benjamin Allison
Post Office Box 2187
Santa Fe, NM 87504
(505) 988-5521

Patrick T. Perkins
PERKINS LAW OFFICE, PC
1711 Route 9D
Cold Spring, New York 10516
Tel: (845) 265-2820
Fax: (845) 265-2819

*Counsel for Movants*

839743