# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

IN RE: SUBPOENAS *DUCES TECUM*
ISSUED BY THE U.S. DISTRICT
COURT FOR THE DISTRICT OF          Case No. MC-06-20 MV
NEW MEXICO IN:

06 AUG -2 AM 9: 48

CLERK-SANTA FE

JOANNE SIEGEL and LAURA            Nos. CV 04-8400; 04-8776
SIEGEL LARSON,                     (Consolidated for Discovery Purposes)

    Plaintiffs,                    Action Pending in the U.S. District
                                   Court for the Central District of
    v.                             California

WARNER BROS., et al.,

    Defendants.

## CERTIFICATE OF SERVICE

We hereby certify that on this 1ˢᵗ day of August 2006, we caused the Motion to Compel

Production of Documents Pursuant to Subpoena Duces Tecum, For Contempt, and For

Attorneys' Fees, together with a copy of the Memorandum In Support of Defendants' Motion

Compel Production of Documents Pursuant to Subpoena Duces Tecum, For Contempt, and For

Attorneys' Fees, to be served by first-class mail, postage prepaid, on the following:

Marc Toberoff, Esq.
Law Offices of Marc Toberoff, PLC
1999 Avenue of the Stars, Suite 1540
Los Angeles, CA 90067

              Respectfully submitted,

              SUTIN THAYER & BROWNE
              A Professional Corporation

              By _____
                Benjamin Allison
              Post Office Box 2187
              Santa Fe, NM 87504
              (505) 988-5521



Patrick T. Perkins
PERKINS LAW OFFICE, PC
1711 Route 9D
Cold Spring, New York 10516
Tel: (845) 265-2820
Fax: (845) 265-2819

*Counsel for Movants*

We hereby certify that on this 1st day
of August 2006 we sent a copy
of this Certificate of Service by
first-class mail, postage prepaid to:

Marc Toberoff, Esq.
Law Offices of Marc Toberoff, PLC
1999 Avenue of the Stars, Suite 1540
Los Angeles, CA 90067

SUTIN THAYER & BROWNE
A Professional Corporation

By _____