UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

IN RE: SUBPOENAS *DUCES TECUM*
ISSUED BY THE U.S. DISTRICT
COURT FOR THE DISTRICT OF
NEW MEXICO IN:

Case No. MC-06-20 MV

FILED
06 AUG 10 AM 10: 05
CLERK-SANTA FE

JOANNE SIEGEL and LAURA
SIEGEL LARSON,

    Plaintiffs,

    v.

WARNER BROS., et al.,

    Defendants.

Nos. CV 04-8400; 04-8776
(Consolidated for Discovery Purposes)

Action Pending in the U.S. District
Court for the Central District of
California

## SECOND CERTIFICATE OF SERVICE

We hereby certify that on this 9th day of August 2006, we caused the Motion to Compel Production of Documents Pursuant to Subpoena Duces Tecum, For Contempt, and For Attorneys' Fees, together with a copy of the Memorandum In Support of Defendants' Motion Compel Production of Documents Pursuant to Subpoena Duces Tecum, For Contempt, and For Attorneys' Fees, to be served by first-class mail, postage prepaid, on the following:

Marc Toberoff, Esq.
Law Offices of Marc Toberoff, PLC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

In addition, on August 2, 2006 at 11:23 a.m., the foregoing documents were emailed to Mr. Toberoff at mtoberoff@ipwla.com .

Respectfully submitted,

SUTIN THAYER & BROWNE
A Professional Corporation

By _/s/ Benjamin Allison_
Benjamin Allison
Post Office Box 2187
Santa Fe, NM 87504
(505) 988-5521

Patrick T. Perkins
PERKINS LAW OFFICE, PC
1711 Route 9D
Cold Spring, New York 10516
Tel: (845) 265-2820
Fax: (845) 265-2819

*Counsel for Movants*

We hereby certify that on this 10th day
of August 2006 we sent a copy
of this Second Certificate of Service by
first-class mail, postage prepaid to:

Marc Toberoff, Esq.
Law Offices of Marc Toberoff, PLC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

SUTIN THAYER & BROWNE
A Professional Corporation

By _/s/ Benjamin Allison_

839968.doc                    2