# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

FILED

06 SEP 11 PM 4: 21

CLERK-SANTA FE

IN RE: SUBPOENAS *DUCES TECUM*
ISSUED BY THE U.S. DISTRICT
COURT FOR THE DISTRICT OF          Case No. MC-06-20 MV
NEW MEXICO IN:

JOANNE SIEGEL and LAURA              Nos.  CV 04-8400; 04-8776
SIEGEL LARSON,                       (Consolidated for Discovery Purposes)

      Plaintiffs,                    Action Pending in the U.S. District
                                     Court for the Central District of
      v.                             California

WARNER BROS., et al.,

      Defendants.

## NOTICE OF COMPLETION OF BRIEFING

The Motion to Compel Production of Documents Pursuant to Subpoena Duces Tecum, for Contempt, and for Attorneys' Fees, filed by movants Warner Bros. Entertainment Inc., Time Warner Inc., Warner Communications Inc., Warner Bros. Television Production Inc., and DC Comics has now been fully briefed and is ready for decision.

The Motion and Memorandum in Support of the motion (Doc. Nos. 1 and 2) were filed on August 1, 2006.  Mark Warren Peary and Jean Adele Peavy's response and supporting



declaration (Doc. Nos. 5 and 6) were filed on August 25, 2006. Movants' reply and supporting declaration of Patrick T. Perkins were filed September 11, 2006.

Respectfully submitted,

SUTIN THAYER & BROWNE
A Professional Corporation

By _____
Benjamin Allison
Post Office Box 2187
Santa Fe, NM 87504
(505) 988-5521

Patrick T. Perkins
PERKINS LAW OFFICE, PC
1711 Route 9D
Cold Spring, New York 10516
Tel: (845) 265-2820
Fax: (845) 265-2819

*Counsel for Movants*

## CERTIFICATE OF SERVICE

We hereby certify that on this 11th day of September 2006 we sent a copy of this Notice of Completion of Briefing by facsimile to (310) 246-3101 and by first-class mail, postage prepaid to:

Marc Toberoff, Esq.
Law Offices of Marc Toberoff, PLC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

SUTIN THAYER & BROWNE
A Professional Corporation

By _____