UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**FILED**
at Santa Fe, NM

SEP 1 3 2006

MATTHEW J. DYKMAN
CLERK

IN RE: SUBPOENAS *DUCES TECUM*
ISSUED BY THE U.S. DISTRICT
COURT FOR THE DISTRICT OF
NEW MEXICO IN:

Case No. MC-06-20 MV

**JOANNE SIEGEL and LAURA SIEGEL LARSON,**

    Plaintiffs,

v.

**WARNER BROS., et al.,**

    Defendants.

Nos. CV 04-8400; 04-8776
(Consolidated for Discovery Purposes)

Action Pending in the U.S. District
Court for the Central District of
California

## SECOND CERTIFICATE OF SERVICE

We hereby certify that on this 12th day of September 2006, we caused the Reply Memorandum in Support of Defendants' Motion to Compel Production of Documents Pursuant to Subpoena *Duces Tecum*, For Contempt, and For Attorneys' Fees, the Reply Declaration of Patrick T. Perkins In Support of Defendants' Motion to Compel Production of Documents Pursuant to Subpoena *Duces Tecum*, For Contempt, and For Attorneys' Fees, and the Notice of Completion of Briefing to be served by hand on:

    Jay Goodman
    D. Scott Riedel
    2019 Galisteo #C3
    Santa Fe, NM 87505

    Respectfully submitted,

    SUTIN THAYER & BROWNE
    A Professional Corporation

    By _____
        Benjamin Allison
    Post Office Box 2187
    Santa Fe, NM 87504
    (505) 988-5521



Patrick T. Perkins
PERKINS LAW OFFICE, PC
1711 Route 9D
Cold Spring, New York 10516
Tel: (845) 265-2820
Fax: (845) 265-2819

*Counsel for Movants*

We hereby certify that on this 13th day
of September 2006 we sent a copy
of this Second Certificate of Service by
first-class mail, postage prepaid to:

Marc Toberoff, Esq.
Law Offices of Marc Toberoff, PLC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

Jay Goodman
D. Scott Riedel
2019 Galisteo #C3
Santa Fe, NM 87505

SUTIN THAYER & BROWNE
A Professional Corporation

By /s/ [signature]